## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

Ronnie C. Johnson
Riverbend Detention Center DOC No. 150833
9450 Hwy. #65 South, Dorm F
Lake Providenc LA 71254

> Judgment on rehearing rendered and mailed to all parties or counsel of record on July 31, 2024

## REHEARING ACTION: July 31, 2024

**Docket Number: 23   00368-KH consolidated with 510-KA**

**STATE OF LOUISIANA
VERSUS
RONNIE C. JOHNSON
A/K/A RON CLEON JOHNSON**

**Writ Application from Natchitoches Parish Case No. C-32761-A**

**BEFORE JUDGES:**

    **Hon. Elizabeth A. Pickett
Hon. Candyce G. Perret
Hon. Sharon Darville Wilson**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Ronnie C. Johnson** has this day been

    **DENIED.**

cc: Billy Joseph Harrington, Counsel for  the Respondent